NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

JOHN B. CORR AND JOHN W. GRIGSBY,
*Plaintiffs-Appellants,*

v.

METROPOLITAN WASHINGTON AIRPORTS
AUTHORITY,
*Defendant-Appellee.*

2011-1501

Appeal from the United States District Court for the Eastern District of Virginia in case no. 11-CV-0389, Judge Anthony J. Trenga.

ON MOTION

ORDER

John B. Corr and John W. Grigsby move without opposition for a 45-day extension of time, until March 5, 2012, to file its initial brief, and for a 7-day extension of time, until April 23, 2012, for Metropolitan Washington Airports Authority to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 2 8 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert J. Cynkar, Esq.
    Stuart A. Raphael, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 8 2011

JAN HORBALY
CLERK